# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| CHARLES TIPTON, BILLY TIPTON, TRAVIS and ELIZABETH PRUETT, individually and as representatives for all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CSX TRANSPORTATION, INC., and UNION TANK CAR COMPANY, <br><br> Defendants. | Civil Action No. 3:15-cv-00311 <br> Chief Judge Thomas A. Varlan <br> Magistrate Judge C. Clifford Shirley, Jr. <br><br> Class Action |

## STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT CSXT TO RESPOND TO COMPLAINT

Pursuant to Local Rule 12.1, Defendant CSX Transportation, Inc. ("CSXT") and the above captioned Plaintiffs hereby agree and stipulate as follows:

1. CSXT's response to Plaintiffs' Complaint is currently due on August 24, 2015; and

2. Plaintiffs and CSXT agree that CSXT shall have an additional 21 days up to and including the date of September 14, 2015, to respond to Plaintiffs' Complaint.

*[signatures on following page]*

Dated: August 20, 2015                    Respectfully submitted,

BAKER, O'KANE, ATKINS & THOMPSON, PLLP
S/ John W. Baker, Jr., TN BPR #001261
S/ Emily L. Herman-Thompson, TN BPR #021518
  2607 Kingston Pike, Suite 200
  P O Box 1708
  Knoxville, TN 37901-1708
  Office: (865) 637-5600
  Fax: (865) 637-5608
  E-Mail: jbaker@boatlf.com
  E-Mail: ethompson@boatlf.com

*ATTORNEYS FOR CSX TRANSPORTATION, INC.*

---

DAVIS & WHITLOCK, P.C.
S/ Gary A. Davis, TN BPR #009766
S/ James S. Whitlock, NC BPR #34304
  21 Battery Park Ave., Suite 206
  Asheville, NC 28801
  Office: (828) 622-0044
  Fax: (828) 398-0435
  E-Mail: gadavis@enviroattorney.com
  E-Mail: jwhitlock@enviroattorney.com

FRIEDMAN, DAZZIO, ZULANAS & BOWLING, PC
S/ Jeffrey E. Friedman, AL BPR #asb-6868-n77j
S/ Matt D. Con, AL BPR #asb-9628-t83c
  3800 Corporate Woods Drive
  Birmingham, Alabama  35242
  Office: (205) 278-7000
  Fax: (205) 278-7001
  E-Mail: jfriedman@friedman-lawyers.com
  E-Mail: mconn@friedman-lawyers.com

HAGOOD, MOODY, HODGE, PLC
S/ Jeffrey Hagood, TN BPR # 012419
S/ Todd J. Moody, TN BPR #012444
   900 S. Gay Street, Suite 2100
   Knoxville, Tennessee  37902
   Office:  (865) 525-7313
   Fax: (865) 525-0858
   E-Mail: jhagood@htandc.com
   E-Mail: tmoody@htandc.com


KRAMER RAYSON LLP
S/ Beecher A. Bartlett, Jr., TN BPR #010198
   800 S. Gay Street, Suite 2500
   Knoxville, Tennesssee  37929
   Office: (865) 525-5134
   Fax:  (865) 522-5723
   E-Mail:  bbartlett@kramer-rayson.com


S/ Craig L. Garrett, TN BPR #10227
   607 Smithview Drive
   Maryville, Tennessee  37803
   Office: (865) 984-8200
   Fax:  (865) 981-2833
   E-Mail: CGarrett@cgarrettlaw.com

*ATTORNEYS FOR PLAINTIFFS*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2015, a copy of the foregoing *Stipulation Regarding Extension of Time for Defendant CSXT to Respond to Complaint* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    S/ John W. Baker, Jr., Tenn. Bar No. 001261
    Baker, O'Kane, Atkins & Thompson
    2607 Kingston Pike, Suite 200
    P O Box 1708
    Knoxville, TN 37901-1708
    Office: (865) 637-5600
    Fax: (865) 637-5608
    E-Mail: jbaker@boatlf.com
    *Counsel for CSX Transportation, Inc.*

4

Case 3:15-cv-00311-TAV-DCP   Document 12   Filed 08/20/15   Page 4 of 4   PageID #: 39