# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| CHARLES TIPTON, KELLI JOHNSON, and AARON JOHNSON, DOREEN CHRISTIE and JAMES CHRISTIE; and BILLY TIPTON, all individually and on behalf of a Class of persons similarly situated, | § § § § § § § |
| Plaintiffs, | § § |
| vs. | § § |
| CSX TRANSPORTATION, INC., and UNION TANK CAR COMPANY, | § § § § |
| Defendants. | § |

No.: 3:15-CV-311

## STIPULATION OF DISMISSAL BETWEEN PLAINTIFFS AND DEFENDANT, CSX TRANSPORTATION, INC.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, come the Plaintiffs, Charles Tipton, Kelli Johnson, Aaron Johnson, Doreen Christie, James Christie and Billy Tipton and Defendant, CSX Transportation, Inc., and by agreement with counsel for the Plaintiffs and counsel for the Defendant, CSX Transportation, Inc., stipulate a dismissal with prejudice of the Plaintiffs' action against the Defendant, CSX Transportation, Inc., only.

It is further understood and agreed by the Plaintiffs and the Defendant, CSX Transportation, Inc., that this Stipulation of Dismissal dismisses the case against the Defendant, CSX Transportation, Inc., only, with each party to bear their own discretionary costs.

**ENTER** this _____ day of **February, 2018.**

**APPROVED FOR ENTRY:**

DAVIS & WHITLOCK, P.C.

S/ Gary A. Davis, Esq., TN BPR #009766
James S. Whitlock, Esq.
21 Battery Park Avenue, Suite 206
Asheville, North Carolina   28801
(828) 622-0044-Office
(828) 398-0435-Fax
E-Mail: gdavis@enviroattorney.com
E-Mail: jwhitlock@enviroattorney.com

*ATTORNEYS FOR PLAINTIFFS*


BAKER, O'KANE, ATKINS & THOMPSON, PLLP

S/ John W. Baker, Jr., Esq., BPR #001261
Emily L. Herman-Thompson, Esq., BPR #021518
2607 Kingston Pike, Suite 200
P.O. Box 1708
Knoxville, Tennessee 37901-1708
(865) 637-5600-Office
(865) 637-5608-Fax
E-Mail: jbaker@boatlf.com
E-Mail: ethompson@boatlf.com

*ATTORNEYS FOR DEFENDANT, CSX TRANSPORTATION, INC.*